# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REINALDO FILORIO,<br><br>　　　　Defendant. | Case No.  5:23-po-00186-CDB<br><br>CVB Violation E1574379 / CA10<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 8) |

　　　Defendant Reinaldo Filorio was issued Violation Notice E1574379 with a total collateral due of $230.00.  As a result of a failure to appear on May 30, 2023, an additional penalty was assessed in the amount of $100.00.  On July 4, 2023, Defendant paid the original fine amount of $230.00 and additional penalty of $100.00.  The Court accepted the $330.00 as payment in full, recalled the arrest warrant, and closed the case. On April 2, 2025, Defendant paid an additional $230.00.

　　　Accordingly, the Court ORDERS that a refund be issued to Defendant Reinaldo Filorio, in the amount of $230.00, and that any abstract lodged with the California Department of Motor Vehicles be released.

IT IS SO ORDERED.

　　Dated:   **April 2, 2025**　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE